RECEIVED
NOV 20 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
All Creatures Veterinary Services, Inc. 06-780 T

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Jeffrey D. Moffatt, Tax Attorney
Firm Name: Law Offices of Jeffrey D. Moffatt
Post Office Box:
Street Address: 43625 N. Sierra Hwy., Suite A
City-State-Zip: Lancaster, CA 93534
Telephone & Facsimile Numbers: (661) 645-6121 and Fax (661) 945-3019

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 220
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: TRE
See attached sheet for three-digit codes.

Amount Claimed: $24,773.10
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☑ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ☑ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☑ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.