**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ALL CREATURES VETERINARY SERVICES, Inc.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-780 T** |
| **v.** | ) | **The Honorable Loren A. Smith** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, respectfully moves the Court for an enlargement of time of 60 days, from January 19, 2007, to and including March 20, 2007, within which to answer or otherwise respond to the Complaint. This is the first enlargement requested for this purpose.

As good cause therefor, defendant states that immediately upon receipt of the Complaint, defendant's attorneys forwarded a copy to the Office of Chief Counsel, Internal Revenue Service, along with a request to assemble the relevant files, and to prepare a written recommendation respecting the legal position which the Government should adopt. The attorneys in the Office of Chief Counsel assigned to this matter have not yet completed this work, and they will not do so in time to accomplish timely filing of our Answer. Without the Chief Counsel's defense recommendation, and the relevant administrative files, it is impossible to draft a meaningful response to the complaint. The time requested herein is therefore necessary for the Chief Counsel's attorneys to finish their work, and for defendant's attorneys to receive and review the legal recommendation and associated files, and to draft a response to the Complaint.

We are authorized to state that counsel for plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Phone: (202) 307-0503 Fax: (202) 514-9440*
*william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
G. ROBSON STEWART
*Reviewer, Court of Federal Claims Section*

January 19, 2007

s/ G. Robson Stewart
Of Counsel