**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ALL CREATURES VETERINARY SERVICES, Inc.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-780 T** |
| **v.** | ) | **The Honorable Loren A. Smith** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**ANSWER**

Defendant, the United States, by way of Answer to the Complaint in the above-captioned case, respectfully denies each and every allegation contained therein not explicitly admitted below.

Defendant further:

1. Admits that paragraph 1 sets out plaintiff's claim to recover overpayment interest, a refund of deficiency interest paid, refund of penalties paid, and abatement of assessed penalties, but denies that the assessment of interest on penalties was wrongful.

2. Admits that certain penalties have been assessed against plaintiff. Admits that plaintiff has made certain payments with respect to those assessments. Avers that it is presently without knowledge or information sufficient to form a belief as to the truth of the allegation that payments in the amount of $2,500 per month were made for any period. Avers that the remaining allegations contained in paragraph 2 constitute legal conclusions, to which no response is required.

3. Avers that it is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3. Objects that paragraph 3 fails to conform to Rule 8(a), in that it does not constitute a "short and plain statement of" the grounds upon which the Court's jurisdiction depends, or of the claim showing that plaintiff is entitled to relief.

4. Avers that it is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4. Objects that paragraph 4 fails to conform to Rule 8(a), in that it does not constitute a "short and plain statement of" the grounds upon which the Court's jurisdiction depends, or of the claim showing that plaintiff is entitled to relief.

5. - 12. Avers that it is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 5 through 13. Objects that paragraphs 5 through 13 fail to conform to Rule 8(a), in that they do not constitute a "short and plain statement of" the grounds upon which the Court's jurisdiction depends, or of the claim showing that plaintiff is entitled to relief.

13. - 14.Admits that there remain outstanding penalty and interest assessments relating to some of the periods identified in paragraph 1 of the Complaint. Avers that it is presently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraphs 13 and 14. Objects that the remaining allegations contained in paragraphs 13 and 14 fail to conform to Rule 8(a), in that they do not constitute a "short and plain statement of" the grounds upon which the Court's jurisdiction depends, or of the claim showing that plaintiff is entitled to relief.

15. Denies the allegations contained in paragraph 15. Admits that certain amounts of certain penalties remain outstanding with respect to some of the periods identified in paragraph 1 of the Complaint.

16. Avers that the allegations contained in paragraph 16 are legal conclusions, to which no response is required.

17. - 18. Avers that it is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 17 and 18. Objects that paragraphs 17 and 18 fail to conform to Rule 8(a), in that they do not constitute a "short and plain statement of" the grounds upon which the Court's jurisdiction depends, or of the claim showing that plaintiff is entitled to relief.

19. Avers that the allegations contained in paragraph 19 are legal conclusions, to which no response is required.

20. - 29. Avers that the allegations contained in paragraph 20 through 29 are legal conclusions, to which no response is required. Avers that jurisdiction, if it exists, is by virtue of section 1491 of Title 28 of the United States Code.

30. Admits the allegations contained in paragraph 30.

31. - 36. Avers that it is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 31 through 36. Objects that paragraphs 31 through 36 fail to conform to Rule 8(a), in that they do not constitute a "short and plain statement of" the grounds upon which the Court's jurisdiction depends, or of the claim showing that plaintiff is entitled to relief. Avers that the allegations contained in paragraphs 31 through 36 are legal conclusions, to which no response is required.

37. Admits that paragraph 37 is an accurate recitation of plaintiff's claim in the instant case.

AFFIRMATIVE DEFENSES

38. To the extent plaintiff seeks the abatement of assessments, the Court is without jurisdiction to hear plaintiff's suit.

39. To the extent plaintiff seeks damages pursuant to section 7433 of the Internal Revenue Code of 1986, the Court is without jurisdiction to hear plaintiff's suit, in that plaintiff has failed to exhaust administrative remedies, and has failed to identify any specific provision of the Code or regulations that has been violated.

WHEREFORE, defendant prays the Complaint be dismissed, with prejudice, with all allowable costs assessed against plaintiff.

Respectfully submitted,

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Phone: (202) 307-0503 Fax: (202) 514-9440*
*william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
G. ROBSON STEWART
*Reviewer, Court of Federal Claims Section*

March 20, 2007

s/ G. Robson Stewart
Of Counsel