**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ALL CREATURES VETERINARY SERVICES, Inc.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-780 T** |
| **v.** | ) | **The Honorable Loren A. Smith** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR SUSPENSION OF PROCEEDINGS**

The parties to the above-captioned case jointly move for an order suspending proceedings, and calling for the filing of a Status Report on or before July 14, 2007, and every 60 days thereafter.

As good cause therefor the parties represent that counsel have conferred, and believe that there exists a reasonable likelihood that agreement can be reached for a disposition of this case without action by the Court. Pursuing such a resolution seems particularly appropriate, given the modest sums in issue.

WHEREFORE, the parties pray their motion be granted.

Respectfully submitted,

s/ Jeffrey D. Moffatt

JEFFREY D. MOFFATT
*Attorney of Record*
*43625 North Sierra Highway*
*Suite A*
*Lancaster, CA 93534*
*Phone: (661) 945-6121*
*Fax: (661) 940-4916*
*jeffreymbajd@hotmail.com*

Attorney for Plaintiff

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Phone: (202) 307-0503*
*Fax: (202) 514-9440*
*william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
G. ROBSON STEWART
*Reviewer, Court of Federal Claims Section*

May 14, 2007

s/ G. Robson Stewart
Of Counsel

Attorneys for Defendant