# In the United States Court of Federal Claims

| | |
|---|---|
| **ALL CREATURES VETERINARY SERVICES, INC.** | |
| *Plaintiff,* | Case No. 06-780T |
| v. | Senior Judge Smith |
| | Filed: May 15, 2007 |
| **THE UNITED STATES**, | |
| *Defendant.* | |

**ORDER**

The Court hereby GRANTS the Joint Motion for Suspension of Proceedings. The parties shall file a status report on or before July 16, 2007, and every 60 days thereafter.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge