**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ALL CREATURES VETERINARY SERVICES, Inc.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-780 T** |
| **v.** | ) | **The Honorable Loren A. Smith** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

# JOINT STATUS REPORT

Pursuant to the Order of May 15, 2007, the parties provide this report respecting the status of the instant case.

Counsel for the parties have conferred, and continue to believe that it is likely that this case is susceptible of disposition without action by the Court. Counsel will continue to pursue such a disposition.

Pursuant to the Order of May 15, 2007, the parties will report again on or before November 14, 2007.

Respectfully submitted,

s/ Jeffrey D. Moffatt

JEFFREY D. MOFFATT
*Attorney of Record*
*43625 North Sierra Highway*
*Suite A*
*Lancaster, CA 93534*
*Phone: (661) 945-6121*
*Fax: (661) 940-4916*
*jeffreymbajd@hotmail.com*

Attorney for Plaintiff

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Phone: (202) 307-0503*
*Fax: (202) 514-9440*
*william.c.rapp2@usdoj.gov*

RICHARD T. MORRISON
*Acting Assistant Attorney General*
G. ROBSON STEWART
*Reviewer, Court of Federal Claims Section*

September 14, 2007

s/ G. Robson Stewart
Of Counsel

Attorneys for Defendant