***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| ALL CREATURES VETERINARY SERVICES, INC., | ) | |
| Plaintiff, | ) | **No. 06-780 T** |
| | ) | **The Honorable Loren A. Smith** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Karen M. Groen as attorney of record for the United States. Service of all papers by the opposing party should be addressed as follows:

Karen M. Groen, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

October 4, 2007

s/Karen M. Groen
Karen M. Groen
U. S. Department of Justice Department
Tax Division
Court of Federal Claims Section
Voice (202) 307-0508
Fax (202) 514-9440
Karen.M.Groen@usdoj.gov