**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ALL CREATURES VETERINARY SERVICES, Inc.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-780 T** |
| **v.** | ) | **The Honorable Loren A. Smith** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Order of May 15, 2007, the parties provide this report respecting the status of the instant case.

As set out in our status report filed September 14, counsel for the parties have conferred, and believe that it is likely that this case is susceptible of disposition without action by the Court. Since our last report, defendant's attorney has been required to devote virtually all of her time to trial preparation and trial of *Consolidated Edison v. United States*, Fed. Cl. No. 06-305 T. Trial of that case commenced on October 17, and is expected to conclude Friday, November 16, 2007. In the instant case, counsel will continue to pursue an agreed disposition.

Pursuant to the Order of May 15, 2007, the parties will report again on or before January 14, 2008.

Respectfully submitted,

s/ Jeffrey D. Moffatt

JEFFREY D. MOFFATT
*Attorney of Record*
*43625 North Sierra Highway*
*Suite A*
*Lancaster, CA 93534*
*Phone: (661) 945-6121*
*Fax: (661) 940-4916*
*jeffreymbajd@hotmail.com*

Attorney for Plaintiff

s/ Karen M. Groen

KAREN M. GROEN
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Phone: (202) 307-0508*
*Fax: (202) 514-9440*
*Karen.M.Groen@usdoj.gov*

RICHARD T. MORRISON
*Acting Assistant Attorney General*
W. C. RAPP
*Senior Trial Attorney, Court of Federal Claims Section*

November 14, 2007

s/ W. C. Rapp
Of Counsel

Attorneys for Defendant