**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ALL CREATURES VETERINARY SERVICES, Inc.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 06-780 T** |
| | ) | **The Honorable Loren A. Smith** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

# JOINT STATUS REPORT

Pursuant to the Order of May 15, 2007, the parties provide this report respecting the status of the instant case.

As set out in our status report filed September 14, counsel for the parties have conferred, and believe that it is likely that this case is susceptible of disposition without action by the Court. Since our last report, the parties have reviewed IRS transcripts for the relevant tax years and are attempting to come to a common understanding of the amount, if any, due to plaintiff.

Pursuant to the Order of May 15, 2007, the parties will report again on or before March 14, 2008.

Respectfully submitted,

s/ Jeffrey D. Moffatt
JEFFREY D. MOFFATT
*Attorney of Record*
*43625 North Sierra Highway*
*Suite A*
*Lancaster, CA 93534*
*Phone: (661) 945-6121*
*Fax: (661) 940-4916*
*jeffreymbajd@hotmail.com*

Attorney for Plaintiff

s/ Karen M. Groen
KAREN M. GROEN
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Phone: (202) 307-0508*
*Fax: (202) 514-9440*
*Karen.M.Groen@usdoj.gov*

RICHARD T. MORRISON
*Acting Assistant Attorney General*
W. C. RAPP
*Senior Trial Attorney, Court of Federal Claims Section*

January 14, 2008

s/ W. C. Rapp
Of Counsel

Attorneys for Defendant