**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ALL CREATURES VETERINARY SERVICES, Inc.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-780 T** |
| **v.** | ) | **The Honorable Loren A. Smith** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

Pursuant to the Order of May 15, 2007, the parties provide this report respecting the status of the instant case.

Since our last report, the parties have reviewed IRS transcripts for the relevant tax years and have come to an agreement as to some matters at issue, but have been unable to agree as to other matters. The parties agree that filing Cross-motions for Summary Judgment would be the best way to proceed. We request the Court to lift the stay in this action and we propose the following briefing schedule: Plaintiff's Rule 56 Motion shall be due on or before June 11, 2008 with further briefing to be in accordance with the Court's rules.

Respectfully submitted,

s/ Jeffrey D. Moffatt
JEFFREY D. MOFFATT
*Attorney of Record*
*43625 North Sierra Highway*
*Suite A*
*Lancaster, CA 93534*
*Phone: (661) 945-6121*
*Fax: (661) 940-4916*
*jeffreymbajd@hotmail.com*

Attorney for Plaintiff

s/ Karen M. Groen
KAREN M. GROEN
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Phone: (202) 307-0508*
*Fax: (202) 514-9440*
*Karen.M.Groen@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General*
W. C. RAPP
*Senior Trial Attorney, Court of Federal Claims Section*

March 14, 2008

s/ W. C. Rapp
Of Counsel

Attorneys for Defendant