# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ALL CREATURES VETERINARY SERVICES, INC.**

*Plaintiff,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-780T

Senior Judge Smith

Filed: March 26, 2008

**ORDER**

Pursuant to the Joint Status Report filed on March 14, 2008, the Court hereby **LIFTS** the **STAY** in this action. Plaintiff's Rule 56 Motion shall be filed and served on or before June 11, 2008 with further briefing to be in accordance with the Court's rules.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge