IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-780 T
(JUDGE SMITH)

ALL CREATURES VETERINARY SERVICES, Inc.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

STIPULATION FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed that the above-entitled case be dismissed with prejudice and that each party bear its own costs, including any possible attorneys' fees or other expenses of litigation.

Respectfully submitted,

s/ Jeffrey D. Moffatt

JEFFREY D. MOFFATT
*Attorney of Record*
*43625 North Sierra Highway*
*Suite A*
*Lancaster, CA 93534*
*Phone: (661) 945-6121*
*Fax: (661) 940-4916*
*jeffreymbajd@hotmail.com*

Attorney for Plaintiff

s/ Karen M. Groen

KAREN M. GROEN
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Phone: (202) 307-0508*
*Fax: (202) 514-9440*
*Karen.M.Groen@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General*
W. C. RAPP
*Senior Trial Attorney, Court of Federal Claims Section*

April 30, 2008

s/ W. C. Rapp
Of Counsel

Attorneys for Defendant